IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM Z. WHITE,                        )
                                         )
                    Plaintiff,           )          No. 1:18-CV-969
                                         )
v.                                       )
                                         )
THE CITY OF GREENSBORO, *et al.*,        )
                                         )
                    Defendants.          )

**ORDER**

THIS CAUSE came on before the undersigned on Defendants City of Burlington, Cody A. Westmoreland, and Eric A. Watkins' Joint Motion for an Order extending the time within which to file a Reply in support of their Joint Motion to Dismiss, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. It appears to the Court that such time has not otherwise expired, that Plaintiff's counsel consents to the granting of this motion, and that the motion should be allowed.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [Doc. #64] is GRANTED, and the above referenced Defendants' time for filing a Reply in support of their Motion to Dismiss is hereby extended up to and including, Friday, April 5th, 2019.

This, the 27th day of March, 2019.

                                    ____/s/ Joi Elizabeth Peake____
                                    United States Magistrate Judge