IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No. 1:18-CV- 00969-TDS-JFP

|  |  |  |
|---|---|---|
| WILLIAM Z. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT CITY OF** |
| | ) | **REIDSVILLE'S MOTION** |
| vs. | ) | **TO SEVER CLAIM** |
| | ) | |
| | ) | |
| CITY OF GREENSBORO, et al., | ) | Fed. R. Civ. Pro. 20, 21, and 42 |
| | ) | |
| Defendants. | ) | |

**NOW COMES**, Defendant City of Reidsville, by and through its undersigned attorney and pursuant to Rules 20, 21, and 42 of the Federal Rules of Civil Procedure and respectfully requests that the Court SEVER the sole remaining claim against it into a separate action, allow it to be tried and proceed separately from this point forward because the remaining claim against the City of Reidsville is distinct from other pending claims and trying them together would cause undue prejudice, jury confusion, and delay. In support of this Motion, the Defendant refers to the arguments and authorities set forth in the Memorandum of Law in Support of Defendant City of Reidsville Motion to Sever Claim filed contemporaneously therewith.

**WHEREFORE**, Defendant City of Reidsville requests that the remaining claim against it be severed pursuant to Rules 20, 21, and 42 of the Federal Rules of Civil Procedure, and that it proceed separately from this point forward. In the alternative, Defendants request that the Court order any other protective measures allowed by Rule 20(b) to prevent prejudice and confusion including, but not limited to, separate trials.

Respectfully submitted this the 1st day of February, 2022.

                             **HARTZOG LAW GROUP LLP**

                             /s/ Dan Hartzog, Jr.
                             DAN HARTZOG, JR.
                             N.C. State Bar No.: 35330
                             Attorney for Defendant The City of Reidsville
                             2626 Glenwood Ave., Suite 305
                             Raleigh, NC 27608
                             Telephone: (919) 670-0338
                             Facsimile: (919) 714-4635
                             Email:dhartzogjr@hartzoglawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No. 1:18-CV- 00969-TDS-JFP

| | |
|---|---|
| WILLIAM Z. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| CITY OF GREENSBORO, et al., ) | |
| ) | |
| Defendants. ) | |

I, the undersigned, hereby certify that I electronically filed the foregoing using the Court's CM/ECF method, and that a copy of the foregoing was served on all counsel of record, as listed below, via the Court's CM/ECF method:

Kenneth R. Keller
krk@crlaw.com
Rachel S. Decker
rsd@crlaw.com
Trisha L. Barfield
tlb@crlaw.com
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth Street
Greensboro, NC 27401
Telephone: 336-478-1161
Fax: 336-478-1159
*Attorneys for Plaintiff*

Patrick Michael Kane
pkane@foxrothschild.com
William Craig Turner, Jr.
craig.turner@smithmoorelaw.com
FOX ROTHSCHILD LLP
300 N. Greene Street, Ste 1400
Greensboro, NC 27401
Telephone: 336-378-5352
Fax: 336-433-7588
*Attorneys for The City of Greensboro Defendants*

Scott C. Hart
shart@nclawyers.com
SUMRELL SUGG CARMICHAEL
HICKS & HART, PA
PO Box 889
New Bern, NC 28563-0889
Telephone: 252-633-3131
Fax: 252-633-3507
*Attorney for the City of Burlington Defendants*

James Demarest Secor, III
jsecor@guildordcountync.gov
Guilford Co. Sheriff's Attorney
400 W. Washington Street
Greensboro, NC 27401
Telephone: 336-641-3694
Fax: 336-641-6729
*Attorney for the GCSO Defendants*

This the 1st day of February, 2022.

**HARTZOG LAW GROUP LLP**

/s/ Dan Hartzog, Jr.
DAN HARTZOG, JR.
N.C. State Bar No.: 35330
Attorney for Defendants The City of Reidsville
2626 Glenwood Ave., Suite 305
Raleigh, NC  27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635
Email:dhartzogjr@hartzoglawgroup.com