UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:18-cv-00969-TDS-JEP

| | |
|---|---|
| WILLIAM Z. WHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF GREENSBORO, et al., )<br>)<br>Defendants. ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND THE GCSO DEFENDANTS** |

**COME NOW** Plaintiff, William Z. White, and the following Defendants: BJ Barnes in his official capacity; James Matthew Stalls, Elizabeth M. Buskirk, David W. Cook and Homer F. Wilkins in their official and individual capacities; and Travelers Casualty and Surety Company of America (said Defendants referred to collectively as the "GCSO Defendants"); jointly, through their respective Counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and jointly stipulate that all claims that were contained or could have been contained in the Complaint (DE 1), Amended Complaint (DE 21), and Second Amended Complaint (DE 81) in this action are hereby dismissed with prejudice.

Any potential, but heretofore unasserted, appeals that could be asserted by Plaintiff or any of the GCSO Defendants as to any rulings, decisions, or orders previously entered by the District Court as to the GCSO Defendants in this action are, likewise, extinguished with prejudice.

Plaintiff and the GCSO Defendants will each bear their own costs of court, attorneys' fees, and other litigation expenses previously incurred with respect to each other.

1

This Stipulation only applies to Plaintiff and the GCSO Defendants and does not affect Plaintiff's claims as to any other Defendants in this action.

Stipulated to as of this the 30th day of September, 2022.

/s/ Rachel S. Decker
Rachel S. Decker (NCSB 22020)
*Attorney for Plaintiff*
CARRUTHERS & ROTH, P.A.
Post Office Box 540
Greensboro, North Carolina 27402
Telephone: (336) 379-8651
Facsimile: (336) 478-1140
Email: rsd@crlaw.com


/s/ J. D. Secor III
James D. Secor III (NCSB #17594)
*Attorney for the GCSO Defendants*
Guilford County Sheriff's Office
400 W. Washington St.
Greensboro NC 27401
T: 336-641-3161 / F: 336-641-6729
jsecor@guilfordcountync.gov

# CERTIFICATE OF SERVICE

This is to certify that, and in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure, I have on this day filed the **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND THE GCSO DEFENDANTS** with the Clerk of Court's CM/ECF system for electronic service upon the following:

Patrick M. Kane
William C. Turner Jr.
Fox Rothschild LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
*Attorneys for City of Greensboro Defendants*

Dan M. Hartzog, Jr.
Anna M. Davis
Cranfill, Sumner & Hartzog LLP
54020 Wade Park Blvd., Suite 300
Raleigh, NC 27607
*Attorneys for Reidsville Defendants*

This the 30th day of September, 2022.

/s/ Rachel S. Decker
Rachel S. Decker
*Attorney for Plaintiff*