IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:18-cv-00969

| | |
|---|---|
| WILLIAM Z. WHITE,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF GREENSBORO, et al.<br><br>Defendants. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL GREENSBORO DEFENDANTS** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff William Z. White, ("Plaintiff") and Defendant City of Greensboro along with Defendants James M. Shwochow, Eric G. Sigmon, Johnny L. Raines, Jr., William B. Barham, Brian S. Williamson, Jason A. Lowe, James E. Hinson, Jr., Don Wayne Scott, Jr., Jim Westmoreland, and Lindsay Michelle Albert, each in their official and individual capacities (hereinafter collectively "Greensboro Defendants") hereby stipulate and agree that all claims, whether active or already dismissed, asserted in the above-captioned Civil Action against the Greensboro Defendants, or any of them, shall be fully and finally dismissed with prejudice. Plaintiff and the Greensboro Defendants agree to bear their own attorneys' fees and costs and expenses in connection with this Action.

This the 14th day of October, 2022.

/s/ Rachel S. Decker
Rachel Scott Decker
N.C. State Bar No. 22020
rsd@crlaw.com
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth Street (27401)
P.O. Box 540
Greensboro, NC 27402
Telephone: (336) 379-8651
Facsimile: (336) 478-1175
*Attorney for Plaintiff*

/s/ Patrick M. Kane
Patrick M. Kane
N.C. State Bar No. 36861
pkane@foxrothschild.com
W. Craig Turner
N.C. State Bar No. 41647
cturner@foxrothschild.com
FOX ROTHSCHILD LLP
230 N. Elm Street
Suite 1200
Greensboro, NC  27401
Telephone:   (336) 378-5200
Facsimile:    (336) 378-540
*Attorneys for the Greensboro Defendants*

**CERTIFICATE OF SERVICE**

  This is to certify that, and in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure, I have on this day filed the **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL GREENSBORO DEFENDANTS** with the Clerk of Court's CM/ECF system for electronic service upon the following:

Patrick M. Kane
William C. Turner Jr.
Fox Rothschild LLP
300 N. Greene Street, Suite 1400
Greensboro, NC 27401
*Attorneys for City of Greensboro Defendants*

Dan M. Hartzog, Jr.
Anna M. Davis
Cranfill, Sumner & Hartzog LLP
54020 Wade Park Blvd., Suite 300
Raleigh, NC 27607
*Attorneys for Reidsville Defendants*

This the 14th day of October, 2022.

               /s/ Rachel S. Decker
               Rachel S. Decker
               *Attorney for Plaintiff*