UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No.:  1:18-cv-969

| | | |
|---|---|---|
| WILLIAM Z. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE AGAINST CITY OF** |
| THE CITY OF GREENSBORO, et. al., | ) | **REIDSVILLE** |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate

that this action is dismissed with prejudice. The parties shall bear their own costs and fees.

This the 31st day of October, 2022.

/s/ Dan Hartzog, Jr.
DAN HARTZOG, JR.
N.C. State Bar No.: 35330
Email: dhartzogjr@hartzoglawgroup.com
/s/ Anna M. Davis
Anna M. Davis
N.C. State Bar No.: 41195
Email: adavis@hartzoglawgroup.com
*Attorneys for Defendant City of Reidsville*

**HARTZOG LAW GROUP LLP**
2626 Glenwood Ave., Suite 305
Raleigh, NC  27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635


/s/ Rachel S. Decker
Rachel Scott Decker
N.C. State Bar No. 22020
Email: rsd@crlaw.com

**CARRUTHERS & ROTH, P.A.**
235 N. Edgeworth Street (27401)
P.O. Box 540
Greensboro, NC 27402
Telephone: (336) 379-8651
Facsimile: (336) 478-1175
*Attorney for Plaintiff*

2

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No.: 1:18-cv-969

| | | |
|---|---|---|
| WILLIAM Z. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| THE CITY OF GREENSBORO, et. al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, the undersigned, hereby certify that I electronically filed the foregoing using the Court's

CM/ECF method, and that a copy of the foregoing was served on all counsel of record, as listed

below, via the Court's CM/ECF method:

Dan Hartzog, Jr.
dhartzogjr@hartzoglawgroup.com
Anna M. Davis
adavis@hartzoglawgroup.com
*Attorneys for Defendant City of Reidsville*

HARTZOG LAW GROUP LLP
2626 Glenwood Ave., Suite 305
Raleigh, NC  27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635


This the 31st day of October, 2022.


/s/ Rachel S. Decker
Rachel Scott Decker
N.C. State Bar No. 22020
Email: rsd@crlaw.com


3

**CARRUTHERS & ROTH, P.A.**
235 N. Edgeworth Street (27401)
P.O. Box 540
Greensboro, NC 27402
Telephone: (336) 379-8651
Facsimile: (336) 478-1175
*Attorney for Plaintiff*

4